**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SWINDELL-FILIAGGI, ET AL., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| CSX CORPORATION & CONRAIL | : | NO. 12-6962 |
| | : | |
| Defendants | : | |

**ORDER RE: PLAINTIFFS' MOTION TO REMAND**

And NOW, this 8th day of February 2013, for the reasons stated in the foregoing memorandum, it is ORDERED that Plaintiffs' Amended Motion to Remand to state court (ECF No. 15) is GRANTED and Defendants request to stay mailing a certified copy of this Order to state court (ECF No. 31) is DENIED.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-6962 swindell-filiaggi v. conrail\order.docx